IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | No. 03-20253BV |
| MICHAEL P. MALLEY, ) | |
| Defendant. ) | |

ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Before the court is the written motion of Leslie I. Ballin, retained counsel for the defendant Michael P. Malley, seeking an order from this court allowing them to withdraw from further representation of the defendant. As grounds for the motion, counsel points out that the defendant was sentenced on February 16, 2005, he has concluded his representation of the defendant, and the defendant has not retained him in any matters beyond the sentencing. In addition, no appeal has been filed and all proceedings are concluded.

It appears to the court for good cause shown that Ballin's motion is well-taken and should be granted.

IT IS THEREFORE ORDERED that Leslie I. Ballin be and hereby is allowed to withdraw as counsel for the defendant and is relieved from further representation of the defendant

IT IS SO ORDERED this 30th day of June, 2005.

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 6-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 42 in case 2:03-CR-20253 was distributed by fax, mail, or direct printing on June 30, 2005 to the parties listed.

---

Leslie I. Ballin
BALLIN BALLIN & FISHMAN
200 Jefferson Ave.
Ste. 1250
Memphis, TN 38103

Michael Patrick Malley
FCI-MEMPHIS
18821-076
P.O. Box 34550
Memphis, TN 38134

Terrell L. Harris
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable J. Breen
US DISTRICT COURT